**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | | |
|---|---|---|
| IN RE: | } | Case Number:  15-26155 |
| | } | |
| Enclave at Hillsboro, LLC | } | JUDGE  Erik P. Kimball |
| | } | |
| | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM JANUARY 1, 2016 TO JANUARY 31, 2016

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

/s/ Bernice C. Lee
Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

Attorney's Address
and Phone Number:

6849 Cobia Circle

Shraiberg, Ferrara & Landau, P.A.

Boynton Beach, FL 33437

2385 NW Executive Center Drive, #300

Boca Raton, Florida 33431

Office Main Line: (561) 443-0800

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm.
    1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report.
    2) Initial Filing Requirements.
    3) Frequently Asked Questions (FAQs) http://www.usdoj.gov/ust/.

## SCHEDULE OF RECEIPTS & DISBURSEMENTS
### FOR THE PERIOD BEGINNING JANUARY 1, 2016 AND ENDING JANUARY 31, 2016

**Name of Debtor:** Enclave at Hillsboro, LLC     **Case Number: 15-26155-EPK**
**Date of Petition: September 8, 2015**

|  | CURRENT MONTH | CUMULATIVE PETITION TO |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | $        186.00  a) |  (b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | $           - | $           - |
| Minus: Cash Refunds | - | - |
| Net Cash Sales | - | - |
| B. Accounts Receivables | | - |
| C. Other Receipts (*See MOR-3* ) (must attach a rent roll) | | |
| **3. TOTAL RECEIPTS (Lines 2A+2B+2C)** | - | - |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (*Line 1 + Line 3* )** | $        186.00 | $           - |
| **5. DISBURSEMENTS** | | |
| A. Advertising | - | - |
| B. Bank Charges | 14.00 | 14.00 |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | - | - |
| E. Insurance | - | - |
| F. Inventory Payments (*See Attach. 2*) | - | - |
| G. Leases | - | - |
| H. Manufacturing Supplies | - | - |
| I. Office Supplies | | - |
| J. Payroll - Net (*See Attachment 4B*) | | - |
| K. Professional Fees (Accounting & Legal) | | - |
| L. Rent | - | - |
| M. Repairs & Maintenance | | |
| N. Secured Creditors Payments (*See Attach. 2*) | - | - |
| O. Taxes Paid - Payroll (*See Attachment 4C*) | - | - |
| P. Taxes Paid - Sales & Use (*See Attachment 4C*) | - | - |
| Q. Taxes Paid - Other (*See Attachment 4C*) | - | - |
| R. Telephone | - | - |
| S. Travel & Entertainment | | - |
| T. U.S. Trustee Quarterly Fees | - | - |
| U. Utilities | | - |
| V. Vehicle Expenses | - | - |
| W. Other Operating Expenses (*See MOR-3*) | | - |
| **6. TOTAL DISBURSEMENTS (Sum of 5A thru W)** | 14.00 | 14.00 |
| **7. ENDING BALANCE (*Line 4 Minus Line 6*)** | $        172.00  c | $     (14.00) (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 4th day of March, 2016.

_____
(Signature)

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS & DISBURSEMENTS**
**FOR THE PERIOD BEGINNING JANUARY 1, 2016 AND ENDING JANUARY 31, 2016**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C

| Description | Current Month | | Cumulative Petition to Date |
|---|---|---|---|
| Fund from principal to open DIP account | | | 200.00 |
| | | | - |
| | | | - |
| | | | - |
| | - | | - |
| | - | | - |
| **TOTAL OTHER RECEIPTS** | $ | - | $ 200.00 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:**

| Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| $ - | | | |
| $ - | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W

| Description | Current Month | | Cumulative Petition to Date |
|---|---|---|---|
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | - | | - |
| **TOTAL OTHER DISBURSEMENTS** | $ | - | $ - |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement**

**ATTACHMENT 1**
**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

**Name of Debtor: Enclave at Hillsboro, LLC**                    **Case Number: 15-26155-EPK**

Report Period Beginning: 1/1/2016                              Period Ending: 1/31/2016

ACCOUNTS RECEIVABLE AT PETITION DATE

**ACCOUNTS RECEIVABLE RECONCILIATION**

(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

**Beginning of Month Balance**
    PLUS: Current Month New Billings
    MINUS: Collection During the Month
    PLUS/MINUS: Adjustments or Writeoffs                                                                -
**End of Month Balance**                                                                   $                          -

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $          - | $          - | $          - | $          - | $          - |

**For any receivables in the "Over 90 Days" category, please provide the following:**

| Customer | Receivable Date | Status* |
|---|---|---|

* Collection efforts taken, estimate of collectability, write-off, disputed account, etc.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

**Name of Debtor: Enclave at Hillsboro, LLC**          **Case Number: 15-26155-EPK**

Report Period Beginning: 1/1/2016                    Period Ending: 1/31/2016

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition.</u>  <u>Do not</u> include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |

**TOTAL AMOUNT**                                                  $            -   **(b)**

---

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | |
|---|---|
| **Opening Balance** | **(a)** |
| PLUS: New Indebtedness Incurred This Month | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | |
| PLUS/MINUS: Adjustments | -   * |
| **Ending Month Balance** | $            -   **(c)** |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

**SECURED PAYMENTS REPORT**

List the status of Payment to Secured Creditors and Lessors (Post Petition Only).  If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior or completing this section

| Secured Creditor/Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | $         - | - | - |
| | | - | - | - |
| | | - | - | - |
| | | - | - | - |
| **TOTAL** | | $         -   **(d)** | | |

(a) This number is carried forward from last month's report.  For the first report only, this number will be zero.

(b, c) The total of line (b) must equal line (c)

(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

**Name of Debtor: Enclave at Hillsboro, LLC**                    **Case Number: 15-26155-EPK**

Report Period Beginning: 1/1/2016                    Period Ending: 1/31/2016

**INVENTORY REPORT**

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE | $ | - |
| INVENTORY RECONCILIATION: | | |
| **Inventory Balance at Beginning of Month** | $ | - **(a)** |
| PLUS: Inventory Purchased During Month | | - |
| MINUS: Inventory Used or Sold | | - |
| PLUS/MINUS: Adjustments or Writeoffs | | - * |
| **Inventory on Hand at End of Month** | $ | - |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total | |
|---|---|---|---|---|---|
| n/a | n/a | n/a | n/a | 0.0% | * |

* Aging Percentages must equal 100%.

☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE                    **(b)**
*(Includes Property, Plant and Equipment)*

BRIEF DESCRIPTION (First Report Only): _____ Real Property, Vinyl, Carpet, Appliances, Granite Countertops
   Located at: 1174 through 1185 Hillsboro Mile, Hillsboro Beach, FL 33062
   2015 Property Tax Assessed Value by Broward County Property Appraiser: $44,293,890.00
   Debtor's estimate of market value based upon offers received: $80,000,000.00

| | | |
|---|---|---|
| FIXED ASSETS RECONCILIATION: | | **(a), (b)** |
| Fixed Asset Book Value at Beginning of Month | $ | - |
| MINUS: Depreciation Expense | | - |
| PLUS: New Purchases | | - * |
| **Ending Monthly Balance** | $ | - |

For any adjustments or write-downs, provide explanation and supporting documentation, if applicable

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets

**ATTACHMENT 4A**
**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

**Name of Debtor: Enclave at Hillsboro, LLC**              **Case Number: 15-26155-EPK**

Report Period Beginning: 1/1/2016                    Period Ending: 1/31/2016

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

| | | | | |
|---|---|---|---|---|
| **NAME OF BANK:** Wells Fargo | | **BRANCH:** | Deerfield Beach | |
| **ACCOUNT NAME:** Debtor In Possession | | **ACCOUNT #:** | ending in 2695 | |

**PURPOSE OF ACCOUNT: OPERATING**

| | | N/A |
|---|---|---|
| Ending Balance per Bank Statement | $ | 186.00 |
| Plus Total Amount of Outstanding Deposits | | - |
| Minus Total Amount of Outstanding Checks and other debits | | * |
| Minus Service Charges | | 14.00 |
| **Ending Balance per Check Register** | $ | **172.00** **, (a) |

\* Debit Cards are used by:
\*\* If Closing Balance is negative, provide explanation:

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| 1/29/16 | $  14.00 | Wells Fargo | Bank Fee | Bank Fee |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | | |
|---|---|---|
| $ | - | Transferred to Payroll Account |
| $ | - | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# Wells Fargo Business Choice Checking

Account number    **2695** ■ January 1, 2016 - January 31, 2016 ■ Page 1 of 3



010104 1 AV 0.391 722871

ENCLAVE AT HILLSBORO LLC
DEBTOR IN POSSESSION
CH 11 CASE #15-26155 (SFL)
6849 COBIA CIR
BOYNTON BEACH FL 33437-3644

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Cash flow is one of the most critical components of success for a small or mid-sized business. Achieving a positive cash flow does not come by chance. Learn more about managing cash flow by visiting wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $186.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 14.00 |
| **Ending balance on 1/31** | **$172.00** |
| Average ledger balance this period | $186.00 |

Account number:    **2695**

**ENCLAVE AT HILLSBORO LLC**
**DEBTOR IN POSSESSION**
**CH 11 CASE #15-26155 (SFL)**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

DCDL:11:UTK3 010104  NNNNNNNNN NNN NNN 001 002 287 047577  11440921.4




## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|------|------|------|------|
| 1/29 | | Monthly Service Fee | | 14.00 | 172.00 |
| **Ending balance on 1/31** | | | | | **172.00** |
| **Totals** | | | **$0.00** | **$14.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 01/01/2016 - 01/31/2016 | Standard monthly service fee $14.00 | You paid $14.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| • Average ledger balance | $7,500.00 | $186.00 ☐ |
| • Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| • Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| • Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| • Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balance of Wells Fargo business credit cards, Wells Fargo Business Secured Credit Card, BusinessLine® line of credit, Wells Fargo Small Business Advantage® line of credit , Working Capital Line of Credit, Advancing Term Line of Credit, and BusinessLoan® term loan | | |
|   - Combined average daily balances from the previous month for Wells Fargo Business PrimeLoan™, Commercial Equity Loan, Commercial Refinance Loan, Commercial Purchase Loan, Commercial Equity Line of Credit, Small Business Advantage® loan, Equipment Express® loan, and Equipment Express® Single Event loan | | |

WX/WX



**Your feedback matters**
Share your compliments and complaints so we can better serve you.
Call us at 1-844-WF1-CARE (1-844-931-2273) or visit wellsfargo.com/feedback.



### ATTACHMENT 5A
### CHECK REGISTER - OPERATING ACCOUNT

**Name of Debtor: Enclave at Hillsboro, LLC**               **Case Number: 15-26155-EPK**

Report Period Beginning: 1/1/2016                            Period Ending: 1/31/2016

**NAME OF BANK:**                                           **BRANCH:**

**ACCOUNT NAME:**                                           **ACCOUNT #:**      ending in 2695

**PURPOSE OF ACCOUNT: OPERATING**

 Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |

|  |  |
|--|--|
| | - |
| **TOTAL AMOUNT** | $        - |

## ATTACHMENT 4B
## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

**Name of Debtor: Enclave at Hillsboro, LLC**          **Case Number: 15-26155-EPK**

Report Period Beginning: 1/1/2016          Period Ending: 1/31/2016

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.


**NAME OF BANK:**                              **BRANCH:**

**ACCOUNT NAME:**                          **ACCOUNT #:**

**PURPOSE OF ACCOUNT: PAYROLL**

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | - |
| Plus Total Amount of Outstanding Deposits | | - |
| Minus Total Amount of Outstanding Checks and other debits | | - * |
| Minus Service Charges | | - |
| **Ending Balance per Check Register** | **$** | **- **, (a)** |

\* Debit Cards are used by:

\*\* If Closing Balance is negative, provide explanation:


**The following disbursements were paid in Cash:**

( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |


**The following non-payroll disbursements were made from this account:**

| Date | Amount | Payee | Purpose | Reason for Account Disbursement |
|---|---|---|---|---|
| | | | | |


(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

**Name of Debtor: Enclave at Hillsboro, LLC**          **Case Number: 15-26155-EPK**

Report Period Beginning: 1/1/2016          Period Ending: 1/31/2016

**NAME OF BANK:**                    **BRANCH:**                    0

**ACCOUNT NAME:**                    **ACCOUNT #:**                  0

**PURPOSE OF ACCOUNT: PAYROLL**

 Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
|      |              |       |         | $        - |
|      |              |       |         | - |
|      |              |       |         | - |
|      |              |       |         | - |
|      |              |       |         | - |
|      |              |       |         | - |
|      |              |       |         | - |
|      |              |       |         | - |
| **TOTAL AMOUNT** |    |       |         | $        - |

## ATTACHMENT 4C
## MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

**Name of Debtor: Enclave at Hillsboro, LLC**          **Case Number: 15-26155-EPK**

Report Period Beginning: 1/1/2016          Period Ending: 1/31/2016

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.


**NAME OF BANK:**          **BRANCH:**

**ACCOUNT NAME:**          **ACCOUNT #:**

**PURPOSE OF ACCOUNT: TAX**

|  |  |  |
|---|---|---|
| Ending Balance per Bank Statement | $ | - |
| Plus Total Amount of Outstanding Deposits | | - |
| Minus Total Amount of Outstanding Checks and other debits | | -  * |
| Minus Service Charges | | - |
| **Ending Balance per Check Register** | **$** | **-**  **, (a) |

\* Debit Cards are used by:

\*\* If Closing Balance is negative, provide explanation:

**The following disbursements were paid in Cash:**

( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |

**The following non-payroll disbursements were made from this account:**

| Date | Amount | Payee | Purpose | Reason for Account Disbursement |
|---|---|---|---|---|
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C**
**CHECK REGISTER - PAYROLL ACCOUNT**

**Name of Debtor: Enclave at Hillsboro, LLC**          **Case Number: 15-26155-EPK**

Report Period Beginning: 1/1/2016                     Period Ending: 1/31/2016

**NAME OF BANK:**                                **BRANCH:**                           0

**ACCOUNT NAME:**                               **ACCOUNT #:**                        0

**PURPOSE OF ACCOUNT: PAYROLL**

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

http://www.usdoj.gov/ust.

| Date | Check Number | Payee | Purpose | Amount |
|------|-------------|-------|---------|--------|
|      |             |       |         | $    - |
|      |             |       |         |      - |
|      |             |       |         |      - |
|      |             |       |         |      - |
| **TOTAL AMOUNT** |  |  |  | $    - (d) |

**SUMMARY OF TAXES PAID**

| | | |
|---|---|---|
| Payroll Taxes Paid | $    - | **(a)** |
| Sales & Use Taxes Paid | - | **(b)** |
| Other Taxes Paid | - | **(c)** |
| **TOTAL** | $    - | **(d)** |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).

(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).

(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).

(d) These two lines must be equal.

**ATTACHMENT 4D**
**INVESTMENT ACCOUNTS AND PETTY CASH REPORT**

**INVESTMENT ACCOUNTS**

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| | $ - | $ - | | $ - |
| | - | - | | - |
| | - | - | | - |
| | - | - | | - |
| | - | - | | - |
| | - | - | | - |
| | - | - | | - |
| | - | - | | - |
| **TOTAL** | | | | $ - **(a)** |

**PETTY CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| Amount of Box/ Location | *(Column 2)* Maximum Amount of Cash in Drawer/ Acct. | *(Column 3)* Amount of Cash on Hand at End of Month | *(Column 4)* Difference Between Column 2 and Column 3 |
|---|---|---|---|
| | $ - | $ - | $ - |
| | - | - | - |
| | - | - | - |
| **TOTAL** | | $ - **(b)** | |

For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation:

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)**     $ - **(c)**

(c) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts
    and Disbursements (Page MOR-2, Line 7).

### ATTACHMENT 6
### MONTHLY TAX REPORT

**Name of Debtor: Enclave at Hillsboro, LLC**                    **Case Number: 15-26155-EPK**

Report Period Beginning: 1/1/2016                    Period Ending: 1/31/2016

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | $            - | | |
| | | | - | | |
| | | | - | | |
| | | | - | | |
| **TOTAL** | | | $            - | | |

**ATTACHMENT 7**
**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**Name of Debtor: Enclave at Hillsboro, LLC**          **Case Number: 15-26155-EPK**

Report Period Beginning: 1/1/2016          Period Ending: 1/31/2016

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer of Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | $             - |
| | | | - |
| | | | - |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 0 | 0 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/ or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premuim Due |
|---|---|---|---|---|---|
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |

† **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

**ATTACHMENT 8**
**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

**Name of Debtor: Enclave at Hillsboro, LLC**                    **Case Number: 15-26155-EPK**

Report Period Beginning: 1/1/2016                    Period Ending: 1/31/2016

 Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate **(attach closing statement)** ; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

No significant events.