

**ORDERED in the Southern District of Florida on March 8, 2016.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ENCLAVE AT HILLSBORO, LLC, et. al., | Case No. 15-26155-EPK |
| | Case No. 15-26148-EPK |
| | Case No. 15-26162-EPK |
| | Case No. 15-26156-EPK |
| | Case No. 15-26165-EPK |
| | Case No. 15-26152-EPK |
| | Case No. 15-26141-EPK |
| | Case No. 15-26143-EPK |
| | **(jointly administered)** |
| Debtor. | |
| _____/ | |

**ORDER (I) SETTING HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT; (II) SETTING DEADLINE FOR FILING OBJECTIONS TO DISCLOSURE STATEMENT; AND (III) DIRECTING PLAN PROPONENT TO SERVE NOTICE**

DISCLOSURE HEARING:

April 14, 2016 at 2:00 p.m.

LOCATION:

United States Bankruptcy Court, Courtroom B, 8th Floor,
1515 North Flagler Drive, West Palm Beach, Florida 33401

DEADLINE FOR SERVICE OF ORDER, DISCLOSURE STATEMENT AND PLAN:

March 14, 2016

DEADLINE FOR OBJECTIONS TO DISCLOSURE STATEMENT:

April 7, 2016

PLAN PROPONENT:

Enclave at Hillsboro, LLC, *et. al.*

Bradley S Shraiberg, Esq.
2385 NW Executive Center Dr. #300
Boca Raton, FL 33431
(561) 443-0801

A Disclosure Statement [ECF No. 86] and Plan [ECF No. 85] were filed pursuant to 11 U.S.C. §§1121 and 1125 on March 7, 2016 by the Plan Proponents named above. This Order sets a hearing to consider approval of the Disclosure Statement ("Disclosure Hearing"), and sets forth the deadlines and requirements relating to the Disclosure Statement provided in the Bankruptcy Code, Bankruptcy Rules and Local Rules of this Court.

The Disclosure Statement is on file with the Court, and may be accessed electronically or you may obtain a copy at your expense from the clerk or view a copy at the public terminals in the clerk's office. Copies also may be obtained from the Plan Proponent by written request, pursuant to paragraph 3(B) of this order.

1. **HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT**

The Court has set a hearing to consider approval of the Disclosure Statement for the date and time indicated above as "DISCLOSURE HEARING". The Disclosure Hearing may

2

be continued to a future date by notice given in open court at the Disclosure Hearing. At the Disclosure Hearing, the Court will consider the Disclosure Statement, and any modifications or objections to it.

    **2.**    **DEADLINE FOR OBJECTIONS TO DISCLOSURE STATEMENT**

The last day for filing and serving objections to the Disclosure Statement is indicated above as "DEADLINE FOR OBJECTIONS TO DISCLOSURE STATEMENT". Objections to the Disclosure Statement shall be filed with the Court and served on (i) the Debtors; (ii) the Plan Proponent (if other than the Debtor); (iii) all committees that have been appointed; (iv) any chapter 11 trustee or examiner that has been appointed; and (v) the U.S. Trustee. Pursuant to Local Rule 3017-1(A), any objecting party shall confer with the Plan Proponent's counsel at least three business days before the Disclosure Hearing in an effort to resolve any objections to the Disclosure Statement.

    **3.**    **PLAN PROPONENT TO SERVE NOTICE**

**(A)** On or before the date indicated above as "DEADLINE FOR SERVICE OF ORDER, DISCLOSURE STATEMENT AND PLAN", the Plan Proponent shall serve a copy of this Order on (i) all creditors; (ii) all equity security holders; (iii) all persons who have requested notice; and (iv) all other interested parties, pursuant to Bankruptcy Rules 2002, and 3017 (including those entities as described in Bankruptcy Rule 3017(f)), and Local Rule 3017-1(B) and including those on a Master Service List required to be filed pursuant to Local Rule 2002-1(H). The Plan Proponent shall file a certificate of service as required under Local Rule 2002-1(F).

**(B)** On or before the date indicated above as "DEADLINE FOR SERVICE OF ORDER, DISCLOSURE STATEMENT AND PLAN", the Plan Proponent shall serve a copy of the Disclosure Statement and Plan, together with this Order, on (i) the Debtors; (ii) all committees that have been appointed; (iii) any chapter 11 trustee or examiner that has been appointed; (iv) the Securities and Exchange Commission; (v) the Internal Revenue

Service; (vi) the U.S. Trustee; and (vii) any party in interest who requests in writing a copy of the Disclosure Statement and Plan, pursuant to Bankruptcy Rule 3017(a), and Local Rule 3017-1(B).

The Plan Proponent shall file a certificate of service as required under Local Rule 2002-1(F).

If the Plan Proponent does not timely comply with any of the requirements of this Order, the Court may impose sanctions at the Disclosure Hearing without further notice, including dismissal, conversion of the case to chapter 7, or the striking of the plan. The Court will also consider dismissal or conversion at the Disclosure Hearing at the request of any party that has requested such relief in a timely filed objection or on the Court's own motion.

###

Copies furnished to:

Bradley Shraiberg, Esq.